# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Jaime Garcia

Defendant.

No. 4:25-mj-07125-ACE-1

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - CRIMINAL COMPLAINT

The undersigned defendant does hereby acknowledge: I appeared on this date and was advised as follows:

1. Of the charge or charges placed against me, and I acknowledge receipt of a copy of the Criminal Complaint;

2. Of the maximum penalty provided by law;

3. My right to remain silent at all times and if I make a statement it can be used against me;

4. My right to retain my own counsel; and if I am without funds, to have counsel appointed to represent me in this matter;

5. My right to a jury trial before a United States District Judge. I am entitled to be confronted by the United States' witnesses and to have witnesses attend on my behalf;

6. My right to a bail hearing, if I am in custody;

7. My right to have a preliminary hearing;

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 1

8. My right, if I am not a United States citizen, to request a Government attorney or law enforcement official notify my country's consulate of my arrest or detention.

_____     Date: ___6/16/25_____

Interpreter Signature

_____     _____

Interpreter Printed Name                    Defendant Signature

                                            Jaime Garcia
                                            _____
                                            Defendant Printed Name

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 2