# United States District Court, Eastern District of Washington
## Magistrate Judge Alexander C. Ekstrom
### Richland

**USA v.  KAYLEE GARDNER**          **Case No.   4:25-MJ-7125-ACE-2**

## Initial Appearance on Complaint:                          **06/17/2025**

| | | | |
|---|---|---|---|
| ☒ | Sara Gore, Courtroom Deputy | ☒ | Brandon Pang, US Atty |
| | | ☒ | Ricardo Hernandez, Defense Atty |
| ☒ | Araceli Mendoza, US Probation / Pretrial Services Officer (tele) | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present in custody USM | | |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of charging document |
| ☐ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of charging document |
| ☒ | Based upon conflict with Federal Defenders, the Court will appoint Ricardo Hernandez, a CJA Panel Attorney | ☐ | Charging document read in open court |
| ☒ | Supplemental PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |

## REMARKS

Defendant appeared and was assisted by counsel and advised of her rights and the allegations contained in the charging document.

The Defendant acknowledged to the Court that her true and correct name is: Kaylee Gardner.

**The Court ordered:**
1. USA's Motion for Detention is **granted**. Subject to right to return before the Court should circumstances change
2. Defendant shall be detained by the U. S. Marshal until further order of the Court.
3. As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.  Order forthcoming.

| **Detention Hrg:** | **Preliminary Hrg:** |
|---|---|
| *Waived by Defendant* | **07/01/2025 @ 10:00 a.m.**<br>**[R/ACE]** |