AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

RECEIVED
UNITED STATES MARSHAL

2025 JUN 13 AM 8:49

EASTERN WASHINGTON
SPOKANE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 17, 2025**

SEAN F. McAVOY, CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.    4:25-mj-07125-ACE |
| JAIME GARCIA | ) | |
| | ) | |
| | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    JAIME GARCIA                                                                       ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment        ❑ Superseding Indictment        ❑ Information        ❑ Superseding Information        ☑ Complaint
❑ Probation Violation Petition        ❑ Supervised Release Violation Petition        ❑ Violation Notice        ❑ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1), (b)(1)(C) - Possession with Intent to Distribute Fentanyl

Date:  June 12, 2025                                                   _Alexander C. Ekstrom_
                                                                          _Issuing officer's signature_

City and state:    Yakima, Washington                           ALEXANDER C. EKSTROM, U.S. Magistrate Judge
                                                                          _Printed name and title_

---

### Return

| | |
|---|---|
| This warrant was received on _(date)_  6/12/25 , and the person was arrested on _(date)_  6/12/25 | |
| at _(city and state)_   Richland, WA . | |
| | Arrested within the E/WA |
| Date:  6/12/25 | By: USMS |
| | (Agency) |
| | Executed On: 6/12/25 |
| | Sign: _Reagan K. Schraner, USMS_ |
| | _Printed name and title_ |