FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 18, 2025

SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** Jaime Garcia          **CASE NO.** 4:25-CR-6023-MKD-1

TOTAL # OF COUNTS: 4          ✓ FELONY          ☐ MISDEMEANOR          ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 & 2 | 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi) | Distribution of 40 Grams or More of Fentanyl | CAG not less than 5 years no more than 40 years; and/or $5,000,000 fine; not less than 4 years up to a life term of supervised released; a $100 special penalty assessment; and denial of certain benefits pursuant to 21 U.S.C. §§ 862, 862a<br>Deportation |
| 3 | 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), 846 | Conspiracy to Distribute 400 Grams or More of Fentanyl | Not less than ten years nor more than life CAG and/or $10,000,000 fine; not less than 5 years nor more than life supervised release; a $100 special penalty assessment; and denial of certain federal benefits. |
| 4 | 18 U.S.C. § 924(c)(1)(A)(i) | Possession of a Firearm in Furtherance of a Drug Trafficking Crime | CAG not less than 5 years and up to life imprisonment $250,000 fine; 5 years supervised release; a $100 special penalty assessment.<br><br>The punishment under this provision must be consecutive to any punishment imposed for the underlying drug trafficking offense. |
| | 21 U.S.C. § 853 | Forfeiture Allegations | |
| | | | |
| | | | |
| | | | |
| | | | |