Rick Hernandez
HERNANDEZ LAW OFFICE, LLC
P.O. Box 1039
Sunnyside, WA. 98944
(509) 837-3184

Attorney for Kaylee Lynn Gardner

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,        )
                                 )    NO. 4:25-CR-06023-MKD-2
            Plaintiff,           )
                                 )    MOTION AND
vs.                              )    DECLARATION TO
                                 )    CONTINUE PRE-TRIAL
KAYLEE LYNN GARDNER,             )    CONFERENCE AND JURY TRIAL
                                 )
                                 )    With Oral Argument
                                 )    August 7, 2025
            Defendant.           )    2:30 p.m., Richland, WA.

COMES NOW the Defendant, Kaylee Lynn Gardner, by and through his attorney of record, Ricardo Hernandez, and moves this court for an order continuing the pre-trial conference date set for August 7, 2025 @2:30pm and Jury Trial is set for August 25, 2025 @9:00am.

This motion is based upon the court file in the instant case, and the accompanying declaration of counsel.

DATED this 30th day of July 2025.

/s/ Ricardo Hernandez
Ricardo Hernandez
WSBA#21463
Attorney for Defendant

MOTION AND DECLARATION TO CONTINUE
PRE-TRIAL AND TRIAL DATES                    - 1 -

## DECLARATION

RICARDO HERNANDEZ, being first duly sworn upon oath, deposes and states as follows:

1. I am the attorney of record for the defendant Kaylee Lynn Gardner in the above matter.

2. The current pre-trial conference date is set for August 7, 2025 @2:30pm and Jury Trial is set for August 25, 2025 @9:00am.

3. Defense counsel is in the process of review discovery.

4. Both the government and co-defendant Jaime Garcia do not object to the continuance.

5. For the reasons stated, defense counsel respectfully requests a continuance of the current PTC to 12/18/25 @1:30pm and Trial to 1/12/2026.

I hereby certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

Dated this 30th day of July 2025

/s/ Ricardo Hernandez
Ricardo Hernandez
WSBA#21463
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2025 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Brandon Lloyd Pang, Assistant U.S. Attorney.

/s/ Ricardo Hernandez
Ricardo Hernandez
WSBA#21463
Attorney for Defendant