FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 14, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JAIME GARCIA (1),<br><br>　　　　　　　Defendant. | No. 4:25-CR-06023-MKD-1<br><br>ORDER DENYING DEFENDANT'S MOTION TO REVIEW AND REVOKE DETENTION ORDER<br><br>**ECF No. 54** |

Before the Court is Defendant Jaime Garcia's (1) Motion to Review and Revoke Detention Order, ECF No. 54. Defendant requests that the Court review and revoke the Order entered by the magistrate judge at ECF No. 44, pursuant to 18 U.S.C. § 3145(b).

On August 14, 2025, the Court held a motion hearing. Defendant appeared in custody and was represented by Nicholas Granath. AUSA Brandon Pang represented the United States.

The Court has considered the briefing and the record, has heard from counsel; and is fully informed. For the reasons stated on the record, and the

ORDER - 1

reasons articulated in the Detention Order, ECF No. 44, the Court denies the Motion.

Accordingly, **IT IS HEREBY ORDERED:**

1.    Defendant Jaime Garcia's (1) Motion to Review and Revoke Detention Order, **ECF No. 54**, is **DENIED**.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to counsel, the U.S. Probation Office, and the U.S. Marshals Service.

DATED August 14, 2025.

_s/Mary K. Dimke_
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2