UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAIME GARCIA,<br><br>Defendant. | No. 4:25-CR-06023-MKD-1<br><br>DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE |

My attorney has advised me of my right under the Speedy Trial Act, 18 U.S.C. § 3161, to go to trial within seventy (70) days after the Indictment was filed or my arrest, whichever was later. My attorney has also advised me that a continuance of the trial is needed and we have discussed the reasons for the continuance. A motion to continue the trial date has been or will be filed.

I ask this Court to grant the motion and reset the trial from its current date of March 19, 2026, to a date no later than two weeks past September 28, 2026 (i.e. Octobrt 12, 2026), for the following reasons pursuant to 18 U.S.C. § 3161:

DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE - 1

First, my attorney needs additional time to defend me in trial – or to resolve my case without trial through plea bargaining – for all the reasons he has explained to me and are stated in my motion to continue trial.

Second, I want my attorney to have the extra time to represent and defend me before trial – even if delays trial.

I understand that if the Court grants the motion to continue, all time between the date the motion was filed and the new trial date will be excluded from the speedy trial calculations pursuant to the Speedy Trial Act.

I declare under penalty of perjury that the foregoing is true and correct.

*Consented in Webex video on Feb. 13, 2026*
Jaime Garcia
Defendant (incarcerated)

Date: February 13, 2026

I have read this form and discussed its contents with my client.

*s/ Nicholas Granath*
Nicholas Granath
Counsel for Defendant

Date: February 18, 2025

DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE - 2